B1 (Official Form 1) (04/13)

| United States Bankruptcy Court<br>NORTHERN DISTRICT OF TEXAS<br>FORT WORTH DIVISION | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**The Crosby National Golf Club, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **33-0945192** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**2930 Bledsoe, Suite 124**<br>**Fort Worth, TX**<br>ZIP CODE **76107** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Tarrant** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) See Exhibit D on page 2 of this form.
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Chapter 15 Debtors**
Country of debtor's center of main interests:
Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)
- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Check one box: Chapter 11 Debtors**
- [ ] Debtor is a small business debtor as defined by 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years thereafter).

**Check all applicable boxes:**
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] |

B1 (Official Form 1) (04/13) Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | Name of Debtor(s): **The Crosby National Golf Club, LLC** |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location Where Filed: **None** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor: **None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts.)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X_____
                                              Date

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☒ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

    _____
    (Name of landlord that obtained judgment)

    _____
    (Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (04/13) Page 3

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): **The Crosby National Golf Club, LLC** |
|---|---|

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. <br><br> [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. <br><br> [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). <br><br> I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> X_____ <br><br> X_____ <br><br> _____ <br> Telephone Number (If not represented by attorney) <br><br> _____ <br> Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. <br><br> (Check only one box.) <br><br> ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. <br><br> ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. <br><br> X_____ <br> (Signature of Foreign Representative) <br><br> _____ <br> (Printed Name of Foreign Representative) <br><br> _____ <br> Date |
| **Signature of Attorney*** <br><br> X  **/s/ Hudson M. Jobe** <br> **Hudson M. Jobe**       Bar No. **24041189** <br><br> **Quilling, Selander, Lownds, Winslett & Moser, P.C.** <br> **2001 Bryan Street, Suite 1800** <br> **Dallas, TX 75201** <br><br> Phone No. **(214) 871-2100**   Fax No. **(214) 871-2111** <br><br> 4/16/2015 <br> Date <br><br> *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Bankruptcy Petition Preparer** <br><br> I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. <br><br> _____ <br> Printed Name and title, if any, of Bankruptcy Petition Preparer <br><br> _____ <br> Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) |
| **Signature of Debtor (Corporation/Partnership)** <br><br> I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. <br><br> The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> **The Crosby National Golf Club, LLC** <br><br> X  **/s/ Elcio Silva** <br> Signature of Authorized Individual <br><br> **Elcio Silva** <br> Printed Name of Authorized Individual <br><br> **Secretary** <br> Title of Authorized Individual <br><br> **4/16/2015** <br> Date | Address <br> X_____ <br><br> _____ <br> Date <br><br> Signature of bankruptcy petiton preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above. <br><br> Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual. <br><br> If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. <br><br> *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.* |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE: **The Crosby National Golf Club, LLC**  Case No.

Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Mulvaney Barry Beatty Linn & Mayers LLP<br>401 West A Street<br>17th Floor<br>San Diego, CA 92101 | | Debt | | **$169,450.97** |
| Paul Wohlgemuth<br>PO Box 2504<br>Rancho Santa Fe, CA 92067 | | Debt | | **$105,000.00** |
| Taylor Advisors, P.C.<br>4812 Cranbrook Drive West<br>Colleyville, TX 76034 | | Debt | | **$67,410.74** |
| Dick Troester<br>PO Box 2504<br>Rancho Santa Fe, CA 92067 | | Debt | | **$20,000.00** |
| The Crosby Estates at RSF<br>c/o Keystone Pacific Property Mgmt.<br>PO Box 15325<br>Santa Ana, CA 92735-0325 | | Debt | | **$19,962.00** |
| Callaway Golf<br>PO Box 9002<br>Carlsbad, CA 92018-9002 | | Debt | | **$12,892.37** |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE: **The Crosby National Golf Club, LLC**  Case No.

Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 1*

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Hydro-Scape<br>5805 Kearny Billa Road<br>San Diego, CA 92123 | | Debt | | $6,086.80 |
| Christopher Roote PC Repair<br>9615 Gold Coast Drive, #18<br>San Diego, CA 92126 | | Debt | | $2,500.00 |
| Kiwi Audio Visual<br>1950 Kellogg Ave.<br>Carlsbad, CA 92008 | | Debt | | $1,746.70 |
| Safety-Kleen Systems Inc<br>2600 North Central Expressway<br>Suite 400<br>Richardson, TX 75080 | | Debt | | $1,499.72 |
| MembersFirst<br>321 Commonwealth Road<br>Suite 301<br>Wayland, MA 01778 | | Debt | | $1,350.00 |
| Nike USA, Inc.<br>PO Box 847648<br>Dallas, TX 75284-7648 | | Debt | | $1,344.64 |
| Jofit, LLC<br>PO Box 404322<br>Atlanta, GA 30384-4322 | | Debt | | $927.60 |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

IN RE:   **The Crosby National Golf Club, LLC**                                   Case No.

Chapter   **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 2*

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| A.D. Williams Turf Sprayers<br>29921 W. Roosevelt St.<br>Buckeye, AZ 85396 | | Debt | | $597.50 |
| Global Tour Golf<br>981 Park Center Drive<br>Vista, CA 92081-8312 | | Debt | | $564.33 |
| Opera Patisserie Fines<br>8480 Redwood Creek Lane<br>San Diego, CA 92126 | | Debt | | $557.52 |
| Steam Diego<br>5005 Texas Street<br>Suite 205-C<br>San Diego, CA 92108-3721 | | Debt | | $375.00 |
| Duckhorn Wine Company<br>PO Box 8401<br>Pasadena, CA 91109-8401 | | Debt | | $328.00 |
| M.R. Nyren Company<br>600 Academy Drive<br>Suite 110<br>Northbrook, IL 60062 | | Debt | | $140.59 |
| Rancho Sante Fe Farms Golf Club<br>PO Box 2769<br>Rancho Santa Fe, CA 92067 | | Debt | | $125.80 |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE: **The Crosby National Golf Club, LLC**  Case No.

Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 3*

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the **Secretary** of the **Corporation** named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **4/16/2015**    Signature: **/s/ Elcio Silva**
*Elcio Silva*
**Secretary**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

IN RE:   **The Crosby National Golf Club, LLC**                        CASE NO

                                                                                                            CHAPTER   **11**

# VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  4/16/2015                                              Signature  /s/ Elcio Silva
                                                                                      *Elcio Silva*
                                                                                      *Secretary*

Date _____                         Signature _____

A.D. Williams Turf Sprayers
29921 W. Roosevelt St.
Buckeye, AZ 85396

Eagle One
Golf Supply House USA, Inc.
PO Box 150533
Ogden, UT 84415-0533

Nike USA, Inc.
PO Box 847648
Dallas, TX 75284-7648

Callaway Golf
PO Box 9002
Carlsbad, CA 92018-9002

GE Capital
PO Box 31001-0275
Pasadena, CA 91110-0275

O.M.W.D.
PO Box 502630
San Diego, CA 92150-2630

Christopher Roote PC Repair
9615 Gold Coast Drive, #18
San Diego, CA 92126

Global Tour Golf
981 Park Center Drive
Vista, CA 92081-8312

Opera Patisserie Fines
8480 Redwood Creek Lane
San Diego, CA 92126

Colors Enterprises, Inc.
2349 La Mirada Drive
Vista, CA 92081-7863

Hydro-Scape
5805 Kearny Billa Road
San Diego, CA 92123

Paul Wohlgemuth
PO Box 2504
Rancho Santa Fe, CA 92067

Cox Communications San Diego
PO Box 53214
Phoenix, AZ 85072-3214

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Rancho Sante Fe Farms Golf Club
PO Box 2769
Rancho Santa Fe, CA 92067

De Lage Landen
PO Box 41602
Philadelphia, PA 19101-1602

Jofit, LLC
PO Box 404322
Atlanta, GA 30384-4322

Safety-Kleen Systems Inc
2600 North Central Expressway
Suite 400
Richardson, TX 75080

Deere Credit, Inc.
PO Box 650215
Dallas, TX 75265-0215

Kiwi Audio Visual
1950 Kellogg Ave.
Carlsbad, CA 92008

San Diego Gas & Electric
PO Box 25111
Santa Ana, CA 92799

Deere Credit, Inc.
PO Box 6600
Johnston, IA 50131-6600

M.R. Nyren Company
600 Academy Drive
Suite 110
Northbrook, IL 60062

Steam Diego
5005 Texas Street
Suite 205-C
San Diego, CA 92108-3721

Dick Troester
PO Box 2504
Rancho Santa Fe, CA 92067

MembersFirst
321 Commonwealth Road
Suite 301
Wayland, MA 01778

Taylor Advisors, P.C.
4812 Cranbrook Drive West
Colleyville, TX 76034

Duckhorn Wine Company
PO Box 8401
Pasadena, CA 91109-8401

Mulvaney Barry Beatty Linn & Ma
401 West A Street
17th Floor
San Diego, CA 92101

TBS CA/NV
PO Box 100706
Pasadena, CA 91189-0706

```
TCF Equipment Finance
PO Box 77077
Minneapolis, MN 55480-7777




Texas Capital Bank N.A.
PO Box 660146
Dallas, TX 75266




The Crosby Estate At Rancho San
 Master Association
c/o Massie Berman
3588 Fourth Avenue, Ste. 200
San Diego, CA 92103

The Crosby Estates at RSF
c/o Keystone Pacific Property M
PO Box 15325
Santa Ana, CA 92735-0325



U.S. Attorney
Office of the U.S. Attorney
34d Floor, 1100 Commerce St.
Dallas, TX 75242


U.S. Trustee
1100 Commerce Street, Rm 9C60
Dallas, TX 75242



VGM Financial Services
PO Box 77077
Minneapolis, MN 55480-7777



Wells Fargo Financial Leasing
PO Box 6434
Carol Stream, IL 60197-6434
```